

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2021

No. 04-20-00383-CV

**IN THE INTEREST OF L.S. AND W.S., CHILDREN**

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-10-32406-CV
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The court has considered appellant's motion to reconsider the court's order denying appellant's request for oral argument and the motion is DENIED.

It is so **ORDERED** on April 29, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT